SEPTEMBER 4, 1997

No. A–174 (97–369). COALITION FOR ECONOMIC EQUITY ET AL. v. WILSON, GOVERNOR OF CALIFORNIA, ET AL.; and
No. A–175. CITY AND COUNTY OF SAN FRANCISCO v. WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Applications

for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.